```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:07-00206

**KEVIN REEVES**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On June 25, 2014, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Kevin Reeves, appeared in person and by his counsel, George H. Lancaster, Jr., Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Joseph Black. The defendant commenced a five-year term of supervised release in this action on January 17, 2013, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on August 18, 2008.

The court heard the admissions of the defendant and the representations and argument of counsel.

**For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant violated federal and state law inasmuch as on January 13, 2014, he possessed with intent to distribute approximately 42.8 grams of cocaine base and possessed 1.5 grams of synthetic marijuana, at which time he was found to be in possession of a North American Arms .22 caliber pistol and a fully loaded Taurus .45 caliber pistol as evidenced by the defendant's admission on the record of the hearing that the government possesses sufficient proof to prove the violations by a preponderance of the evidence; and (2) the defendant failed to notify the probation officer of his being questioned by law enforcement on January 13, 2014, within 72 hours inasmuch as he did not notify the probation officer about being questioned until January 13, 2014, as evidenced by his admission on the record of the hearing; all as set forth in the petition on supervised release.**

**And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate**

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWENTY-ONE (21) MONTHS, to be followed by a term of thirty-nine (39) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime.

The defendant was remanded to the custody of the United States Marshal.

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

**DATED: July 1, 2014**

**John T. Copenhaver, Jr.**
**United States District Judge**